# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE REVIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>L. SALINAS, et al.,<br><br>　　　　　Defendants. | 1:13cv00059 AWI DLB PC<br><br>ORDER DISMISSING FIRST AMENDED COMPLAINT WITH LEAVE TO AMEND<br><br>**THIRTY-DAY DEADLINE**<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF SEPTEMBER 6, 2013, ORDER |

　　　Plaintiff Andre Revis ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. Plaintiff filed his complaint in the Fresno County Superior Court on July 7, 2012. Defendants L. Salinas, J. Wang, A. Enenmoh, E. Clark and J. Moon were served with the complaint on December 13, 2012. On January 11, 2013, Defendants[1] removed the action to this Court. Defendants paid the filing fee upon removal.

　　　On September 6, 2013, the Court screened Plaintiff's complaint and dismissed it with leave to amend. The Court provided Plaintiff with an explanation of the deficiencies and the standards necessary to state a claim.

　　　On September 30, 2013, Plaintiff filed a First Amended Complaint. However, while Plaintiff appears to have attached additional exhibits, a majority of the form complaint is the

---

[1] Plaintiff names three other Defendants who have not appeared.

same as his original complaint.  The cover page of the form complaint indicates that it is an amended complaint, as does a hand-written cover page.  However, the pages containing the factual allegations appear to be copies of Plaintiff's original complaint.  Indeed, the signature page has the original date of signing, July 5, 2012, with Plaintiff's signature dated September 26, 2013, added underneath.

In other words, Plaintiff has submitted the same complaint and the deficiencies identified in the September 6, 2013, screening order remain uncorrected.  As it is unclear if Plaintiff did this unintentionally, the Court will give Plaintiff a final opportunity to file an amended complaint pursuant to the September 6, 2013, order.

Accordingly, Plaintiff's First Amended Complaint is DISMISSED WITH LEAVE TO AMEND.  Plaintiff SHALL file an amended complaint within thirty (30) days of the date of service of this order.  The amended complaint must comply with the September 6, 2013, screening order, a copy of which is attached to this order.

IT IS SO ORDERED.

Dated:   **March 14, 2014**                                    /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE