# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE REVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>L. SALINAS, et al.,<br><br>    Defendants. | 1:13cv00059 AWI DLB PC<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Document 23) |

    Plaintiff Andre Revis ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. The Court dismissed the action on January 29, 2015.

    On April 1, 2015, Plaintiff filed an application to proceed in forma pauperis on appeal. Plaintiff's application makes the showing required by Federal Rule of Appellate Procedure 24 and is therefore GRANTED.

IT IS SO ORDERED.

    Dated: **April 7, 2015**                                          /s/ Dennis L. Beck
                                                                            UNITED STATES MAGISTRATE JUDGE