# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE REVIS, | ) 1:13cv00059 AWI DLB PC<br>)<br>) |
| Plaintiff, | ) ORDER STRIKING PLAINTIFF'S<br>) MOTION FOR APPOINTMENT |
| vs. | ) OF COUNSEL<br>) |
| L. SALINAS, et al., | ) (Document 26)<br>) |
| Defendants. | ) |

Plaintiff Andre Revis ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. The Court dismissed the action on January 29, 2015, and it is currently on appeal.

On July 8, 2015, Plaintiff filed a motion for the appointment of counsel. As this action is closed, the Court orders the filing STRICKEN from the docket. Plaintiff may seek the appointment of counsel from the appellate court.

IT IS SO ORDERED.

Dated: **July 10, 2015**          /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE

1